WEI_C.jgm

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 05 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER V. WEI,<br><br>　　　　Defendant. | CIVIL CASE NO. 02-00004<br><br><br>**CONSENT JUDGMENT** |

## CONSENT JUDGMENT

The Plaintiff, UNITED STATES OF AMERICA, having filed its Complaint herein, and Defendant CHRISTOPHER V. WEI, (hereinafter referred to as "Defendant WEI"), hereby acknowledging and accepting service of said Complaint;

And Plaintiff and Defendant WEI having consented to the making and entry of this Consent Judgment without trial in favor of Plaintiff, UNITED STATES OF AMERICA;

//
//
//
//
//

ORIGINAL

IT IS HEREBY ORDERED ADJUDGED AND DECREED, that final judgment be entered in favor of Plaintiff UNITED STATES OF AMERICA against Defendant CHRISTOPHER V. WEI in the principal amount of $14,622.51, plus accrued interest to February 6, 2002, in the sum of $22.91, and interest thereafter to the date of judgment at the rate of 3.812 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

DATED: Hagåtña, Guam  APR 0 5 2002

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

FILED
DISTRICT COURT OF GUAM
APR 2 2002
MARY L.M. MORAN
CLERK OF COURT

AGREED TO AS TO FORM AND SUBSTANCE:

CHRISTOPHER V. WEI
Defendant

Date 4/3/02

RECEIVED
APR 0 3 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ROBERT W. PEARSON
Special Assistant U.S. Attorney
Attorney for Plaintiff
United States of America

Date 4/3/02

- 2 -