# United States District Court

DISTRICT OF __GUAM__

UNITED STATES OF AMERICA

V.

ZENAIDA V. CRUZ, CHRISTOPHER V. WEI
and ANTONIO Y. CRUZ

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CIV 02-00004

TO: (Name and Address of Defendant)

Christopher V. Wei
P.O. Box 24592
GMF, Guam 96921

FILED
DISTRICT COURT OF GUAM
APR 22 2002
MARY L. M. MORAN
CLERK OF COURT

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. PEARSON, SAUSA
MARIVIC P. DAVID, AUSA
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary L. M. Moran
CLERK

MAR 29 2002
DATE

BY DEPUTY CLERK

ORIGINAL