ORIGINAL

1  CRUZ_Z&A.taxgar

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 1 2 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00004 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** |
| ZENAIDA V. CRUZ and ) ANTONIO V. CRUZ, ) | (Tax Year 2005) |
| Defendants, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

WHEREAS Defendants, ZENAIDA V. CRUZ, Social Security Number XXX-XX-9594, and ANTONIO V. CRUZ, Social Security Number XXX-XX-3853, P.O. Box XXXXX, GMF, Guam 96921, have requested that any income tax refund including tax year 2005 payable to Defendants from the Department of Revenue and Taxation, Government of Guam, be made payable to the U.S. Department of Justice for payment toward Defendants' debt that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendants, ZENAIDA V. CRUZ and ANTONIO V. CRUZ, hereby jointly move the Court for an order of writ of garnishment on any income tax refund including tax year 2005 of Defendants, ZENAIDA V. CRUZ and ANTONIO V. CRUZ.

Dated: 5/09/08

ZENAIDA V. CRUZ
Defendant

Dated: 5/09/08

ANTONIO V. CRUZ.
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/9/08        By:

JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov