**CRUZ_Z&A.TaxWrit**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZENAIDA V. CRUZ and ) <br> ANTONIO V. CRUZ, ) <br> ) <br> Defendants, ) <br>_____) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>_____) | CIVIL CASE NO. 02-00004 <br><br> **WRIT OF GARNISHMENT** <br> (Tax Year 2005) |

Upon stipulated motion of Plaintiff and Defendants for an order of a Writ of Garnishment on Defendants ZENAIDA V. CRUZ and ANTONIO V. CRUZ's income tax refund including tax year 2005.

//

//

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2005 account of Zenaida V. Cruz, Social Security Number XXX-XX-9594 and Antonio V. Cruz, Social Security Number XXX-XX-3853, until further notice. |
| 4 | Checks should be made payable to: |
| 5 | **U.S. DEPARTMENT OF JUSTICE** |
| 6 | and mailed to: |
| 7 | U.S. Attorney's Office<br>Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue<br>Hagåtña, Guam 96910 |
| 10 | with a reference to CDCS file number **2005A75104** to ensure their account is properly credited. |
| 12 | SO ORDERED. |

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 19, 2008**