**CRUZ_Z&A.TaxWrit2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00004 |
| Plaintiff, | |
| vs. | **WRIT OF GARNISHMENT** |
| ZENAIDA V. CRUZ and | (Tax Year 2006) |
| ANTONIO V. CRUZ, | |
| Defendants, | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | |
| Garnishee. | |

Upon stipulated motion of Plaintiff and Defendants for an order of a Writ of Garnishment on Defendants ZENAIDA V. CRUZ and ANTONIO V. CRUZ's income tax refund including tax year 2006.

//

//

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2006 account of Zenaida V. Cruz, Social Security Number XXX-XX-9594 and Antonio V. Cruz, Social Security Number XXX-XX-3853, until further notice. |

      IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2006 account of Zenaida V. Cruz, Social Security Number XXX-XX-9594 and Antonio V. Cruz, Social Security Number XXX-XX-3853, until further notice.

      Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

      and mailed to:

           U.S. Attorney's Office
           Sirena Plaza, Suite 500
           108 Hernan Cortez Avenue
           Hagåtña, Guam 96910

with a reference to CDCS file number **2005A75104** to ensure their account is properly credited.

      SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: May 19, 2008**