**CRUZ_Z&A.TaxWrit3**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>            Plaintiff,                             )<br>                                                            )<br>       vs.                                              )<br>                                                            )<br>ZENAIDA V. CRUZ and                  )<br>ANTONIO V. CRUZ,                       )<br>                                                            )<br>            Defendants,                       )<br>_____)<br>                                                            )<br>DEPARTMENT OF REVENUE     )<br>    AND TAXATION,                         )<br>GOVERNMENT OF GUAM,          )<br>                                                            )<br>            Garnishee.                          )<br>_____) | CIVIL CASE NO. 02-00004<br><br>**WRIT OF GARNISHMENT**<br>(Tax Year 2007 and Rebate) |

Upon stipulated motion of Plaintiff and Defendants for an order of a Writ of Garnishment on Defendants ZENAIDA V. CRUZ and ANTONIO V. CRUZ's income tax refund including tax year 2007 and the economic stimulus package rebate.

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2007 and the economic stimulus package rebate account of Zenaida V. Cruz, Social Security Number XXX-XX-9594 and Antonio V. Cruz, Social Security Number XXX-XX-3853, until further notice.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

with a reference to CDCS file number **2005A75104** to ensure their account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: May 19, 2008**