ORIGINAL

1  **CRUZ_Z&A.TaxGarSvc**

**FILED**
DISTRICT COURT OF GUAM

JUN 0 5 2008

**JEANNE G. QUINATA**
**Clerk of Court**

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
7  FAX:  (671) 472-7215

8  Attorney's for United States of America

9             IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF GUAM

11 UNITED STATES OF AMERICA,        )     CIVIL CASE NO. 02-00004
                                    )
12            Plaintiff,            )
                                    )
13        vs.                       )
                                    )     **CERTIFICATE OF SERVICE**
14 ZENAIDA V. CRUZ and             )     (Tax Year 2005)
   ANTONIO V. CRUZ,                )
15                                  )
            Defendants,            )
16 _____ )
                                    )
17 DEPARTMENT  OF REVENUE          )
      AND TAXATION,                )
18 GOVERNMENT OF GUAM,             )
                                    )
19            Garnishee.           )
20 _____ )

21       I hereby certify that a filed or electronically filed copy of the following:  **Stipulated**

22 **Motion for a Writ of Garnishment** (Tax Year 2005) and **Writ of Garnishment** (Tax Year

23 2005) were sent to the defendant and garnishee by mail on May 27, 2008.

24

25                                   LEONARDO M. RAPADAS
                                     United States Attorney
                                     Districts of Guam and the NMI
26

27 DATED: 5/30/08            By:

28                                   JESSICA F. CRUZ
                                     Assistant U.S. Attorney
                                     Jessica.F.Cruz@usdoj.gov
                                     MIKEL W. SCHWAB
                                     Assistant U.S. Attorney
                                     mikel.schwab@usdoj.gov