ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 0 5 2008
JEANNE G. QUINATA
Clerk of Court

1 | CRUZ_Z&A.TaxGarSvc3

2 | LEONARDO M. RAPADAS
United States Attorney
3 | JESSICA F. CRUZ
Assistant U.S. Attorney
4 | MIKEL W. SCHWAB
Assistant U.S. Attorney
5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 | Hagåtña, Guam 96910
TEL: (671) 472-7332
7 | FAX: (671) 472-7215

8 | Attorney's for United States of America

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00004 |
| Plaintiff, ) | |
| vs. ) | |
| ZENAIDA V. CRUZ and ) ANTONIO V. CRUZ, ) | **CERTIFICATE OF SERVICE** (Tax Year 2007 and Rebate) |
| Defendants, ) | |
| DEPARTMENT OF REVENUE ) AND TAXATION, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment** (Tax Year 2007 and Rebate) and **Writ of Garnishment** (Tax Year 2007 and Rebate) were sent to the defendant and garnishee by mail on May 27, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 5/30/08       By: /s/ Jessica Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov